UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61836-KMW

ROBERTO GONZALEZ,

    Plaintiff,

vs.

ELIAD RESTAURANT GROUP, INC.
d/b/a ZUCKERELLOS, and ADELI LAND, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, ROBERTO GONZALEZ, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, ELIAD RESTAURANT GROUP, INC. d/b/a ZUCKERELLOS, and ADELI LAND, LLC (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request fifteen (15) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties fifteen (15) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

    I certify that on October 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
*Counsel for Plaintiff*
4651 Sheridan Street, Suite301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

  */s/ Mark D. Cohen*
Mark D. Cohen, Esq.
Florida Bar No. 347345

  */s/ Jaci R. Mattocks*
Jaci R. Mattocks, Esq.
Florida Bar No. 115765