UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-23095 CIV-WILLIAMS

ROBERTO GONZALEZ,

    Plaintiff,

v.

ELIAD RESTAURANT GROUP, INC. d/b/a
ZUCKERELLOS, and ADELI LAND, LLC,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' joint motion for approval and entry of consent decree and to dismiss action with prejudice. (DE 22). The Court has carefully considered the joint motion and the consent decree attached to the joint motion as Exhibit "A" ("Consent Decree"). (DE 22-1). Accordingly, it is **ORDERED AND ADJUDGED** that the Parties' joint motion (DE 22) is **GRANTED** as follows:

1. The Court finds the Consent Decree to be adequate.

2. The Parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice is **GRANTED.**

3. The Court **APPROVES** the Consent Decree as modified by this order, and pursuant to Fed. R. Civ. P. 54, the Consent Decree as modified by this order is **ENTERED**, and this action is **DISMISSED WITH PREJUDICE**.

4. The Court declines to express any opinion regarding the attorneys' fees agreement referenced in paragraph 9 of the Consent Decree. The Parties have not submitted an attorneys' fees agreement to the Court. Accordingly, the attorneys' fees agreement is not incorporated by reference to the Consent Decree or this order. Any

dispute related to fees is a matter separate and apart from the Court's enforcement, if needed, of the Consent Decree.

5.  To the extent not otherwise disposed of here, all pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 15th day of November, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE